AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America  
v.  
KELLIE KENT

Case No: 5:11CR50115-003  
USM No: 10789-010

Date of Original Judgment: 09/18/2012  
Date of Previous Amended Judgment: _____  
*(Use Date of Last Amended Judgment if Any)*

Bruce D. Eddy  
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __96__ months **is reduced to** __87 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __09/18/2012__ shall remain in effect.  
**IT IS SO ORDERED**.

Order Date: 12/30/2014

/s/P.K. Holmes,III  
*Judge's signature*

Effective Date: _____  
*(if different from order date)*

Honorable P.K. Holmes, III, Chief U.S. District Judge  
*Printed name and title*